L-.B.F. 2016-2C "Supplemental" Application of Counsel for Debtor
for Compensation and Reimbursement of Expenses for Post Confirmation
Services Payable by the Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              )    Chapter 13
    Linda Cathey                    )
                                    )
                                    )
               Debtor               )    Bankruptcy No. 16-12530JKF

SUPPLEMENTAL APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION
OF CHAPTER 13 PLAN

...........................................................................
Brad J. Sadek, Esquire

applies under § 330 of the Code for an order directing the chapter 13 trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the debtor's chapter 13 plan and represents:

1. Applicant is counsel for debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on **April 8, 2016**

3. The debtor's chapter 13 plan was confirmed by the court on **October 12, 2016**

4. The debtor paid the applicant $ **1,417.00** prior to the filing of the chapter 13 petition.

5. Applicant's prior applications:

**First Application Period**

    **April 8, 2016** to **September 13, 2016**   Date of Order **October 13, 2016**

|          | Requested | Allowed | Paid | Due |
|----------|-----------|---------|------|-----|
| Fees     | $ 3,500.00 | $ 3,500.00 | $ 2,083.00 | $ 0.00 |
| Expenses | $ | $ | $ | $ |

**Second Application Period**
  __ to __ Date of Order __

| | | | | |
|---|---|---|---|---|
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Grand Totals | $ | $ | $ | $ |

6. Applicant requests an award of supplemental compensation of $ **1,500.00** for **6.55** hours expended in providing the following services: **Email's to and from client; Meetings with Client; Drafting and filing Response to Motion for Relief, Drafting and filing Motion to Modify Plan, Filing amended plan and amended schedule J; File review for hearing; Phone Calls to and from Client.**

7. Applicant requests that compensation be awarded at the following hourly rate(s):
    **Attorney's: $335.00 per hour; Paralegal: $125.00 per hour.**

8. Applicant requests reimbursement of expenses in the amount of $ **0.00** for the following expenses.

9. A copy of the applicant's disclosure of compensation pursuant to F.R.B.P. 2016(b) is attached as Exhibit "A"

10. Attached as Exhibit B is a copy of the applicants time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtor's chapter 13 plan.

11. All services rendered and expenses incurred for which compensation or reimbursement is requested

    a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

    b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

12. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

    ☑ is adequately funded.

    ☐ is not adequately funded.

13. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $ **1,500.00** in compensation and of $ **0.00** in reimbursement of actual, necessary expenses.

Dated: **September 13, 2017**    Signed: **/s/ Brad J. Sadek, Esquire**
                                                            Applicant

                                    By: **Brad J. Sadek, Esquire**
                                    Name: **Sadek and Cooper**
                                    Address: **1315 Walnut Street
                                    Suite 502
                                    Philadelphia, PA 19107**
                                    Phone No.: **215-545-0008**
                                    Fax No.: **215-545-0611**