## Best Case Bankruptcy Case Notes
### Cottbey, Pamela — 16-12530

| Note Subject | User Name | Created |
|---|---|---|

**LEGAL FEES BREAKDOWN**

ATTORNEY FEE: $335.00/hour            4.65 hours x $335.00 = $1,557.75
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.

PARALEGAL FEE: $125.00/hour          1.9 hours x $125.00 = $237.50
Jordan L. Gaffin

Total: $1,557.75 + $237.50 = $1,795.25

| Note Subject | User Name | Created |
|---|---|---|
| .3: Review File for Court | BJS | 8/09/17 |
| .4: File & Serve Mod Plan/Am J | JLG | 8/08/17 |
| .5: Draft Modified Plan | MHL | 8/08/17 |
| .3: Draft and File CNR to Motion | JLG | 8/07/17 |
| .3: Serve Modified Plan | JLG | 7/14/17 |
| .2: Discuss New Plan with Client | MHL | 7/14/17 |
| .5: File Motion, Am J, Modified Plan | JLG | 7/14/17 |
| .75: Draft Motion to Modify Plan Motion, Modified Plan, Amended J | MHL | 7/14/17 |
| .5: Review Stip with OPC | BJS | 7/12/17 |
| .3: Emails with Client | BJS | 7/01/17 |
| .4: Emails with OPC | BJS | 6/28/17 |
| .4: File Response to MFR | JLG | 6/21/17 |
| .5 Prepare Response to MFR | BJS | 6/21/17 |
| .6: Meet with Client re. MFR | BJS | 6/18/17 |
| .2: MFR Letter to Client | BJS | 6/08/17 |
| .4: Review Motion for Relief | BJS | 6/05/17 |